371 A.2d 511
Commonwealth v. Veitz, Appellant.

Argued September 16, 1976. Raymond P. Forceno, for appellant; James A. Shellenberger, Assistant District Attorney, with him F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.